UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No,:

DR. CRAIG SILBERSTEIN,
an individual,

    Plaintiff,

vs.

AMERITAS LIFE INSURACE CORP.,
a Nebraska corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, DR. CRAIG SILBERSTEIN ("Dr. Silberstein" and/or "Plaintiff"), by and through his undersigned counsel, files this Complaint against Defendant, AMERITAS LIFE INSURANCE CORP. ("Ameritas" and/or "Defendant"), and states as follows:

### JURISDICTION, PARTIES & VENUE

1. This is a civil action for breach of a business overhead expense policy between Defendant, Ameritas, and Plaintiff, Dr. Silberstein and this Court has subject matter jurisdiction, pursuant to 28 U.S.C. §1332, as the amount in controversy exceeds $75,000.00 and is between citizens of different states.

2. At all times material hereto, Plaintiff, Dr. Silverstein, was a resident and citizen of the State of Florida, specifically of Seminole County, Florida.

3. At all times material hereto, Defendant, Ameritis, is a corporation whose principal place of business, state of incorporation, and residence is Nebraska.

4. Defendant is a foreign corporation registered and authorized to conduct business in the State of Florida, and conducts business in the State of Florida, specifically in Seminole County, Florida.

5. Dr. Silbersten has satisfied all conditions precedent to filing this lawsuit and/or the conditions precedent have been waived.

## Factual Background

6. In or about April 2001, Dr. Silberstein has been a licensed Chiropractic Physician in the state of Florida. After a short residency/internship, he opened his own practice in early 2002 in the central Florida area.

7. On or about August 15, 2005, The Union Central Life Insurance Company issued Dr. Silberstein a Business Overhead Expense ("BOE") Policy with a Substitute Salary Expense Rider, Policy Number: E00003709D. A true and correct outline of coverage is attached hereto as Exhibit A.

8. BOE Policy Number E00003709D provides that for Total Disabilities starting before Dr. Silberstein turns 65 years old, he will receive a Maximum Monthly Benefit of $10,000 for a Maximum Benefit Period of 24 Months.

9. BOE Policy Number E00003709D provides the following relevant definitions:

> **Total Disability** - We will consider you totally disabled if a sickness or injury, in and of itself, prevents you from performing the material and substantial duties of your occupation.
>
> **Occupation** means your occupation at the time disability began. In order for us to consider you totally disabled, you must be under the regular care and treatment of a physician appropriate for the condition causing disability. If in our opinion, continued medical treatment will not improve you condition, we will waive this requirement.
>
> **Duties** – All functions that you were performing before disability

10. The Substitute Salary Expense Rider in BOE Policy Number E00003709D provides Dr. Silberstein with a Monthly Substitute Salary Benefit of $5000.00 for a Maximum Substitute Salary Benefit Period of 6 Months.

11. The Substitute Salary Expense Rider in BOE Policy Number E00003709D provides the following relevant information and definitions:

> This rider is designed to help pay the expense incurred to employ another person to perform the duties you would otherwise perform except for your total disability.
>
> SUBSTITUTE: A substitute is a person employed during your total disability for the purpose of performing the main duties of your occupation.
> The person cannot be:
> 1. Your spouse; or
> 2. A member of your family; or
> 3. a member of your spouses family.
>
> BENEFITS
> We will reimburse you for the amount of the substitute salary expense which you actually incur for each month you are totally disabled after the Elimination Period.
> We will not pay more than the Monthly Substitute Salary Benefit shown on page 1 in any one month. Payment will no be made for more than the Maximum Substitute Salary Benefit Period shown on page 1 for this rider for any one period of total disability.
> Benefits under this rider:
> 1. must begin while you are receiving monthly benefits for total disability under the policy; and
> 2. are payable in addition to the Maximum Monthly Benefit for total disability and the Maximum Overhead Expense Benefit; and
> 3. are not eligible for consideration under the Accumulation Benefit and/or Extension of Benefits provisions of the policy; and
> 4. are not payable in excess of 100% of the substitute salary expense incurred after taking into consideration any like benefit due or paid for the same period under another policy or under in effect prior to the Date of Issue of this rider, and
> 5. are payable only while you are alive.
>
> Premiums will be waived for this rider when they are waived for the rest of the policy.

12. At all relevant times material hereto, Dr. Silberstein paid the Premiums for Policy Number E00003709D.

13. Company formed a mutual insurance holding company the Union Central Mutual Holding Company and converted the life insurance company to a stock company. On January 1, 2006, that holding company merged with the Ameritas Acacia Mutual Insurance Holding Company to form the UNIFI Mutual Holding Company. Union Central Life merged into Ameritas Life in 2013. *See Ameritas merges with affiliated life insurers". Lincoln Journal Star. 2013-12-11. Retrieved 2014-12-31.*

14. On or about May 13, 2022, Dr. Silberstein became prevented from performing the material and substantial duties of his occupation as a Chiropractor due to a severely torn meniscus in his right knee, disc herniations at L4-5 and L5-S1, and long haul Covid-19.

15. Dr. Silberstein hoped that taking some time off would alleviate his symptoms and allow him to return to his occupation. Unfortunately, his conditions worsened and since May 13, 2022, Dr. Silberstein has been prevented from performing the material and substantial duties of his occupation as a Chiropractor.

16. At all times material hereto, Dr. Silberstein was under the regular care of a physician appropriate for his conditions.

17. As a result of Dr. Silberstein's May 13, 2022 Total Disability, Dr. Silberstein had to hire a substitute Chiropractor to treat his patients at his practice. Dr. Silberstein paid the substitute Chiropractor in excess of $5000 per month for 6 months following the Elimination Period.

18. In or about August 2022, Dr. Silberstein applied for benefits under the terms of Policy Number E00003709D. Dr. Silberstein presented a timely claim to Ameritas asserting that he is an insured person, that he became Totally Disabled under the terms of the Policy while insured, and that he is entitled under the Policy for BOE benefits and Salary Substitution benefits since the conclusion of the Elimination Period, and continuing thereafter without interruption through the Maximum Benefit Periods.

19. From in or about August 2022 through the present, Dr. Silberstein supplied Ameritas with substantial medical, vocational, and financial documentation establishing his Total Disability and eligibility for benefits under the terms of Policy Number E00003709D.

20. From in or about August 2022 through the present, Dr. Silberstein has provided Ameritas with all relevant claim information requested in Dr. Silberstein's possession, custody, and/or control.

21. From in or about August 2022 through the present, Dr. Silberstein and his treating specialists have completed and submitted to Ameritas all claim forms it requested.

22. From in or about August 2022 through the present, Ameritas had in its possession sufficient information establishing that Dr. Silberstein was and continuously remained Totally Disabled and eligible for benefits under the terms of the Policy since the conclusion of the Elimination Period due to his injuries and sicknesses.

23. Since May 2022 through and including the present, Ameritas has refused to acknowledge Dr. Silberstein's Total Disability under Policy Number E00003709D and has refused to pay Dr. Silberstein benefits under Policy Number E00003709D.

24. In or about April 2023, Dr. Silberstein filed a notice of intention to enforce his rights under Fla. Stat. § 624.155 ("Civil Remedy Notice"). To date, Ameritas continues to withhold Dr. Silberstein's benefits under Policy Number E00003709D.

25. At all times material hereto, Dr. Silberstein has complied with all conditions precedent to entitle him to benefits under Policy Number E00003709D, however, Ameritas has refused and continues to refuse to pay the monthly benefits required under Policy Number E00003709D.

26. Since the conclusion of the Elimination Period to the present date, Ameritas has not provided Dr. Silberstein with benefits due to him under Policy Number E00003709D. Ameritas' withholding of benefits is without merit.

27. Throughout its evaluation of Dr. Silberstein's claim, Ameritas ignored and refused to appropriately consider all relevant information submitted by Dr. Silberstein supporting his eligibility for benefits under Policy Number E00003709D.

28. Ameritas has been provided with, and is in possession of, sufficient proof that Dr. Silberstein is Totally Disabled under Policy Number E00003709D and is entitled to benefits under Policy Number E00003709D, but continues to refuse to pay the benefits owed under Policy Number E00003709D and has denied Dr. Silberstein's claim under Policy Number E00003709D.

29. As a direct and proximate result of Ameritas' actions and inactions, Dr. Silberstein has been forced to retain the services of the undersigned attorneys in order to prosecute this action and is obligated to pay a reasonable attorneys' fee.

## COUNT I
## BREACH OF CONTRACT

30. Plaintiff, Dr. Silberstein, hereby adopts, re-alleges and reaffirms each and every allegation contained in Paragraphs 1 through 29, as though fully alleged forth herein, and further alleges:

31. Dr. Silberstein and Ameritas entered into an agreement Policy Number E00003709D, whereby in exchange for Premiums, Ameritas promised to pay monthly benefits in the event Dr. Silberstein became Totally Disabled under Policy Number E00003709D and incurred business overhead expenses and/or had to hire a substitute and pay said substitute a salary.

32. Ameritas's denial of and refusal to make benefit payments under Policy Number E00003709D to Dr. Silberstein despite his Total Disability and eligibility for benefits under Policy Number E00003709D, constitutes a breach of Policy Number E00003709D.

33. Ameritas has breached Policy Number E00003709D by failing to provide benefits since the conmclusion of the Elimination Period.

34. Ameritas has breached Policy Number E00003709D by denying Dr. Silberstein' claim for benefits.

35. Ameritas has breached Policy Number E00003709D by imposing extra-contractual requirements to establish proof of loss and by applying an unreasonable interpretation of the Policy provisions thereby, asserting Policy Number E00003709D provides Dr. Silberstein with less contractual rights than he purchased.

36. Ameritas has breached Policy Number E00003709D by failing to reasonably review the proof of loss submitted by Dr. Silberstein, by ignoring sufficient information establishing Dr. Silberstein' Total Disability and eligibility for benefits, and by failing to render a timely decision in this matter.

37. As a direct and proximate result of such breaches of Policy Number E00003709D by Ameritas, Dr. Silberstein has sustained damages including, but not limited to, the loss of such past due benefits and the use of such past due benefits.

**WHEREFORE**, the Plaintiff, Dr. Craig Silberstein, prays that the following relief be granted to him:

A.  A determination that Ameritas has breached the terms of Policy Number E00003709D, and that Dr. Silberstein is entitled to benefits under same.

B.  Actual damages in excess of $75,000, as the court or jury may deem appropriate for

the Ameritas's breach of Policy Number E00003709D;

C. All damages suffered by Dr. Silberstein as a result of Ameritas's breach of Policy Number E00003709D;

D. A sum in excess of $75,000, as the Court or jury may deem appropriate for Ameritas's breach of Policy Number E00003709D; and/or

E. Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff, Dr. Craig Silberstein, by and through his undersigned counsel hereby demands trial by jury of all issues triable as a matter of right.

Dated:  November 27, 2023             Respectfully Submitted,

/s/ Alicia Paulino-Grisham
Alicia Paulino-Grisham
Florida Bar No.: 0676926
Email: alicia@dilawgroup.com
Mindy L. Chmielarz
Florida Bar No.: 0111317
Email: mindy@dilawgroup.com
DI LAW GROUP
3201 West Commercial Blvd, Suite 227
Fort Lauderdale, Florida 33308
Telephone:  (954) 989-9000
Facsimile:   (954) 989-9999

Attorneys for Plaintiff, Dr. Craig Silberstein