UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DR. CRAIG SILBERSTEIN,**
**Plaintiff,**
v.                                                           Case No. 6:23-CV-2274-ACC
**AMERITAS LIFE INSURANCE CORP.,**
**Defendant.**
_____/

## MEDIATION REPORT

Pursuant to the Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on June 28, 2024, at the mediation conference:

(  xx  ) Plaintiff/Counsel Appeared                    (     ) Plaintiff/Counsel did not Appear

(  xx  ) Defendant/Counsel Appeared                    (     ) Defendant/Counsel did not Appear

PLAINTIFF'S ATTORNEY/FIRM:
Alica Paulino-Grisham, Esq.
DI Law Group
3201 West Commercial Blvd., Suite 227
Ft. Lauderdale, FL  33309


DEFENDANT'S ATTORNEY/FIRM:
Jeannine C. Jacobson, Esquire
Maynard Nexxus
9100 S. Dadeland Blvd., Suite 1500
Miami, FL 33156

**RESULTS**:
( xx )    Full Settlement Agreement

  /s/ Jack L Townsend, Sr.
Jack L. Townsend, Sr., Mediator
Law Office of Jack L. Townsend, Sr., P.A.
P.O. Box 291339, Tampa, FL 33687