UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:23-cv-02274-ACC-RMN

DR. CRAIG SILBERSTEIN,
an individual,

    Plaintiff,

vs.

AMERITAS LIFE INSURACE CORP.,
a Nebraska corporation,

    Defendant.
_____/

## PLAINTIFF'S STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Dr. Craig Silberstein, by and through his undersigned Counsel, hereby stipulates and agrees to the entry of a Final Order of Dismissal with Prejudice.  Each party shall bear his/its own attorneys' fees and costs.

Respectfully submitted this 15th day of August, 2024.

     s/Alicia Paulino-Grisham
    Alicia Paulino-Grisham
    Florida Bar No. 0676926
    Email: alicia@dilawgroup.com
    DI LAW GROUP
    3201 W. Commercial Blvd.
    Suite 227
    Fort Lauderdale, FL  33309
    alicia@dilawgroup.com
    Telephone:  (954) 989-0000
    Facsimile:  (954) 989-9999

    *Counsel for Plaintiff, Silberstein*